IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY P. EATON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.            CASE NO. 1D14-3542

WELLS FARGO BANK, N.A.,

  Appellee.

_____/

Opinion filed June 1, 2015.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Timothy P. Eaton, pro se, Appellant.

Dean A. Morande and Michael K. Winston of Carlton Fields Jorden Burt, P.A., West Palm Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.